MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

REEVES v. MADDEN                                   Case No.: 19cv1886-WQH(RBB)
                                                   Time Spent:

HON. RUBEN B. BROOKS                               Rptr.

Attorneys

Plaintiffs                                         Defendants

PROCEEDINGS:     ☐ In Chambers      ☐ In Court      ☐ Telephonic

The Court acknowledges receipt of Petitioner's latest status report, filed on March 22, 2022 [ECF No. 46]. Petitioner states that he is continuing his efforts to recover his legal materials, which he contends are needed to pursue his unexhausted claims in a petition for review before the California Supreme Court. He indicates that he recently requested copies of his legal work from San Diego Superior Court and is employing the grievance process at Avenal State Prison to assist with his efforts.

Petitioner's next status report is due by May 20, 2022.

DATE: April 5, 2022             IT IS SO ORDERED:   _Ruben Brooks_
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Hayes
    All Parties of Record