UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE REEVES, II,<br><br>       Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary, et al.,<br><br>       Respondents. | Case No.: 3:19-cv-01886-WQH-RBB<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

  Petitioner, a state prisoner proceeding pro se, filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on September 30, 2019 [ECF No. 1]. Based on the return address submitted by Petitioner on May 6, 2022, it appears Petitioner is presently confined at the California Health Care Facility in Stockton, California [ECF No. 48].

  A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases, the Court hereby sua sponte orders the substitution of Kathleen Allison, Secretary of the Department of Corrections and Rehabilitation, as respondent in place of Raymond Madden. Cf. Fed. R. Civ. P. 25(d)(1) ("[W]hen a public officer is a party to an action in his official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the

1  action does not abate and the officer's successor is automatically substituted as a party.").
2  The Clerk of Court is ordered to change the docket to reflect the new respondent.
3  **IT IS SO ORDERED.**
4
5  Dated: May 17, 2022                    _____
6                                         Hon. Ruben B. Brooks
                                          United States Magistrate Judge